No.04-14-00509-CV

CAUSE No 2013-CI-12691

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 16 PM 3:04
KEITH E. HOTTLE, CLERK

# FOURTH COURT OF APPEALS DISTRICT

# CADENA-REEVES JUSTICE CENTER

300 Dolorosa, Suite 300

San Antonio, Texas 78205-3037

Original Brief date February 9, 2015

# RECONSIDERATION REQUEST 10-13-15

# OF THE 4-30-15 APPELLANTS BRIEF.

2010 OCT 19 PM 3: 04

**GLORIA E. OCHOA–APPELLANT, APPELLANT IN PROPIA PERSONA**

**V.**

**NAIL FLOWER NAIL/BEAUTY SALON-APPELLEE.**

**ON APPEAL FROM THE 224TH JUDICIAL DISTRICT COURT**

**IN BEXAR COUNTY, TEXAS**

**From the 224th Judicial District Court, Bexar County, Texas**

**Trial Court No 2013-CI-12691**

**Honorable Antonia Arteaga, Judge Presiding**

**Appellant/Plaintiff:    Plaintiff/Appellant's Counsel**

**Gloria E. Ochoa – Appellant in Propria Persona**

**542 Williamsburg Place**

**San Antonio, Texas 78201**

**Phone: 210-309-0744**

**Phone: 210-736-1408**

Appellee/Defendant:   Defendant/Appellee's Counsel:

Campbell, Miller & Associates

Elizabeth W. Lennane

IBN. 24053014

300 Convent, Suite 2350

San Antonio, Texas 78205

Phone: 210-229-9879

Fax 210-229-9878

**TABLE OF CONTENTS:**

**INDENTITY OF PARTIES AND COUNSEL** ..........................................................................i

**INDEX OF AUTHORITIES**.................................................iv

**STATEMENT OF CASE**....................................................vi

**ISSUES PRESENTED**.......................................................vii

**STATEMENT REGARDING ORAL ARGUMENT**.......................viii

**STATEMENT OF FACTS**.....................................................1

**STATEMENT OF THE ARGUMENT**.........................................2

**ARGUMENT**...................................................................4

**CONCLUSION AND PRAYER**...............................................5

**CERTIFICATE OF SERVICE**...............................................6

INDEX OF AUTHORITIES

TEXAS #322. 103 (11) (B) PROFESSIONAL MALPRACTICE

NEGLIGENCE. 322.01 (2), 322, 05 (2 CH 290).

Cases:

Beauty Shops. Omc/ v/ foreman.

## STATEMENT OF CASE – FACTS

**"Good Cause" was not given <u>adequate, thorough consideration</u> when this brief was recently reviewed. Human Suffering is involved. Please <u>review again</u> and OVERTURN SUMMARY JUDGEMENT AND GRANT A NEW TRIAL.**

On 8-09-2011 SUFFERED severe "staph infection" to  left thumb after a manicure at Nail Flower Beauty Salon, This resulted in ongoing, chronic pain, loss of use for thumb, disfigurement and other related injuries and ongoing medical treatment.

SUMMARY JUDGEMENT WAS RENDERED 6-19-14 FOR NOT PROVIDING LEGAL RESPONSE IN A TIMELY MANNOR.

There was "Good Cause" for the failure to timely make, amend or supplement the discovery response.

**3. There was insufficient evidence to support the <u>engorgement as delivered, as Plaintiff was NOT ALLOWED to speak to present GOOD CAUSE  REASONS,  for not responding in a timely manner.</u>**

# Good Cause (continued)

4. Plaintiffs failure to file an answer before judgment was the result of an accident and or mistake, rather than due to an intentional act or the result of conscious indifference.

5. Plaintiff "is" the "Injured Party" and unrepresented by attorney as previous attorney abruptly canceled agreement to represent her.

Plaintiff has been unable to locate other attorney who would take case due to limited time frame to work on this case.

6. Plaintiff/Gloria E Ochoa has been and is CURRENTLY under PHYSICIANS CARE & ONGOING MEDICAL CARE and on MEDICATIONS.

**7. ABOVE DESCRIBED SITUATION and suffering from severe injuries from staph infection incurred at above named nail salon prevented Plaintiff from responding in a timely manner.

8. Gloria E Ochoa files this Appeal Brief complaining of defendant and how defendant caused great "Personal Injury" to her.

9. Gloria E Ochoa **requests opportunity** for **verbal discussion** etc, to answer, in person, any questions from the judges to decide this case.

## SUMMARY

**See included copy of my BANK RECORD showing DATE OF VISIT to Nail Flower Nail/Beauty Salon and charges.**

**See previous submissions to court of appeals.**

**Manicure preformed by employee, Ben Nguyen.**

**Gloria Ochoa, plaintiff was instructed by "soak" her nails in manicure dish that had a soap solution to soften cuticles.**

A short while later, Gloria Ochoa, plaintiff, suffered severe infection to thumb, that necessitated emergency medical treatment. Thumb was very swollen, blue in color and extremely painful.

# DEFENDANTS BREACH OF DUTY.

Defendant **"OWED"** plaintiff a **"Duty" to "Care"**, **"To Protect" its client** by cleaning, disinfecting, sterilizing all its equipment.

Emergency room doctors termed this a severe "Staph" infection due to nail salon not /sterilizing/cleaning their soaking dishes /equipment etc.

Defendant "Breached the duty owed" to Plaintiff in that **they FAILED** to properly disinfect, sterilize, clean their equipment.

# DEFENDANTS NEGLIGENCE.

As the direct and proximate cause of the defendants "NEGLIGENCE", plaintiff suffered personal injury etc as described below.

Pain and Suffering, Loss of Use for thumb and hand. Inability to continue working/earn a living, disabled status, loss of earning ability, now and future earnings, emotional stress, anxiety, etc.

Significant unpaid med bills due to these injuries.

Cost of Ongoing medical treatment'.

# ARGUMENT.

1.  This injury should not happen to any other innocent person walking in to this nail salon for a simple manicure.

This has caused unnecessary Current ONGOING SUFFERING due to Defendants Gross Negligence.

2.  Defendant must BE HELD ACCOUNTABLE AND ACCEPT RESPONSIBILITY FOR THE GREAT INJURY THEY HAVE CAUSED.

They **must sterilize all equipment** with each client or use disposable equipment.

3.  SEEKING REASONABLE COMPENSATION for ONGOING PAIN and SUFFERING /LOSS OF USE FOR THUMB/HAND. DISFIGUREMENT FOR THUMB. CONSEQUENTIAL OTHER INJURIES. DISABLED STATUS DUE TO "STAPH INFECTION" THAT COULD HAVE NEEN AVOIDED BY DEFENDANT "STERILIZIING" EQUIPMENT. LOSS OF ABILITY TO EARN A LIVING NOW AND FUTURE EARNINGS and PAYMENT OF UNPAID MED BILLS.

# PRAYER FOR RELIEF.

Therefore, plaintiff, respectfully requests **<u>REVERSAL of SUMMARY JUDGEMENT against plaintiff</u> and GRANT A NEW TRIAL.**

**1. Damages in an amount within the jurisdictional limits of the court.**

2. Pre-and postjudgement interest on that amount of any legal rates.

3. Costs of suit and

4. Any other relief to which plaintiff is entitled.

Respectfully submitted,

_____.

Gloria E. Ochoa an Individual, Plaintiff.

542 Williamsburg Place

San Antonio, Texas 78201

Phone: 210-309-0744.  210-736-1408

Phone: 210-331-4492

## CERTIFICATE OF SERVICE 192.3

I, the undersigned, Gloria E. Ochoa, certify that a true and correct copy of the foregoing document was served to Defendants attorney by "Certified" mail, return receipt requested.

Gloria E Ochoa

542 Williamsburg Pl.

San Antonio, Texas 78201

Phone: 210-309-0744

Phone: 210-736-1408

CERTIFICATION OF COMPLIANCE WITH BRIEF LENGTH AND TYPE SIZE REQUIREMENTS.

BRIEF LENTH:

I certify that (1) this brief complies with the word-count limitation in ORAP 5.05 (2) the word count of this brief (as described in ORAP 5.5 (2) (a) is 1,747 or less. (1163 words).

I certify that the size of the type in this brief is not smaller that 14 points for both the text of the brief and footnotes as required by ORAP 5.05 (4) (1). 14 font size.

Gloria E. Ochoa,

_____